IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 41 MOC WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GILBERTO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the Government's Motion to Seal Exhibit No. 1 to its Response in Opposition to Defendant's Motion for Compassionate Release. Doc. 89. The subject documents consist of Defendant's records from the Bureau of Prisons, including his medical records. Doc. 88-1.

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

The undersigned has considered the Motion to Seal, the public's interest in access to the records, and alternatives to sealing. The Motion to Seal has been on the docket since December 5. No objections or responses have been

made to it and the District Court has ruled on the Motion for Compassionate Release. Further, the undersigned agrees that sealing of the subject filing is appropriate and that less restrictive means of handling the information are not sufficient as the records contain Defendant's sensitive personal information.

**IT IS THEREFORE ORDERED THAT** the Government's Motion to Seal Exhibit No. 1 to the Response in Opposition (Doc. 89) is **GRANTED**, and Defendant's Bureau of Prisons records (Doc. 88-1) are hereby **SEALED** and shall remain sealed until further Order of the Court.

Signed: December 15, 2020

W. Carleton Metcalf
United States Magistrate Judge